**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Domingo Nolberto PENA,**
**Defendant–Appellant.**

**No. 01–7213.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 15, 2001.

**230**

Domingo Nolberto Pena, pro se. Morris Rudolph Parker, Jr., Assistant United States Attorney, James L. Trump, Office of the United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Domingo Nolberto Pena seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Pena,* Nos. CR–98–132; CA–00–1693–AM (E.D.Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*